UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LP BROWN, T&F OIL COMPANY, AND THE OXY GROUP, LLC** | CIVIL ACTION NO.: 2:13-cv-04892 |
| | SECTION: L |
| v. | JUDGE: FALLON |
| **JEFFREY TODD WAYCASTER, STEVEN FORD, AND BIG RIVER OIL FIELD SERVICES, LLC** | MAGISTRATE JUDGE: KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CORPORATE DISCLOSURE STATEMENT**

NOW INTO COURT, through undersigned counsel, come defendant, Big River Oil Field Services, LLC ("Big River"), which, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, files this corporate disclosure statement and states as follows:

1. Big River has no parent corporation and no other publicly held corporation owns 10% or more of its stock or membership interest.

2. Big River is a Mississippi limited liability company and its sole member is defendant, Steven Ford.

    Respectfully submitted,

    JOHN W. KOLWE (#20903)
    Jones Walker LLP
    600 Jefferson Street, Suite 1600
    P.O. Drawer 3408
    Lafayette, LA 70502-3408
    Telephone: (337) 262-9000
    Facsimile: (337) 262-9001
    jkolwe@joneswalker.com

    JAMES C. PERCY, T.A. (#10413)
    Four United Plaza
    8555 United Plaza Blvd
    Baton Rouge, Louisiana 70809

        Telephone: 225-248-2000
        Facsimile: 225-248-2010
        jpercy@joneswalker.com

        AND

        */s/ Brett S. Venn*
        BRETT S. VENN (La. No. 32954)
        Jones Walker LLP
        201 St. Charles Avenue, 51st Floor
        New Orleans, Louisiana 70170-5100
        Telephone: (504) 582-8000
        Facsimile:  (504) 589-8116
        bvenn@joneswalker.com

        ***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on June 27, 2013, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

        */s/ Brett S. Venn*